IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGINA JACKSON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 16-727-ER |
| ASHFORD UNIVERSITY, | : |
| Defendant. | : |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii), counsel for Plaintiff Regina Jackson and Defendant Ashford University jointly move for dismissal with prejudice of all claims asserted by and between the parties in this action with each party to bear its own costs and fees.

/s/ *W. Christopher Componovo*
W. Christopher Componovo (#3234)
Kimmel & Silverman, P.C.
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
(302) 791-9373
wcomponovo@lemonlaw.com

*Attorney for Plaintiff Regina Jackson*

Date: June 26, 2017

/s/ *Kelly E. Farnan*
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
pedi@rlf.com

*Attorneys for Defendant Ashford University*

IT IS SO ORDERED this 27 day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE